**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| URIEL CHARLAP,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY<br>LAW CENTER,<br><br>*Defendant*. | Civil Action No. 1:26-cv-2800 |

**GEORGETOWN UNIVERSITY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned counsel of record for Defendant Georgetown University,[1] certify that to the best of my knowledge and belief, Georgetown University has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Georgetown University and does not have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

**GEORGETOWN UNIVERSITY**
*By Counsel*

*/s/ John E. Thomas, Jr.*
John E. Thomas, Jr. (DC Bar No. 1049100)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215
Tel: (703) 712-5000
Fax: (703) 712-5050
jethomas@mcguirewoods.com

[1] Charlap named "Georgetown University Law Center" as the Defendant in this action. Defendant's legal name is "Georgetown University."

**CERTIFICATE OF SERVICE**

I certify I filed the foregoing on August 7, 2026 via CM/ECF and served a copy via first-class mail on:

Uriel Charlap
10937 Pebble Run Drive
Silver Spring, Maryland 20902
(301) 814-7374
urielc88@gmail.com
*Pro Se Plaintiff*

*/s/ John E. Thomas, Jr.*
John E. Thomas, Jr. (DC Bar No. 1049100)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215
Tel: (703) 712-5000
Fax: (703) 712-5050
jethomas@mcguirewoods.com