**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

URIEL CHARLAP,

*Plaintiff*,

v.

GEORGETOWN UNIVERSITY
LAW CENTER,

*Defendant*.

Civil Action No. 1:26-cv-2800-SLS

**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant Georgetown University ("Georgetown"),[1] by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Civil Rule 7, moves to dismiss this action for failure to state a claim upon which relief can be granted. A Memorandum of Points and Authorities in Support of this Motion will be filed contemporaneously herewith.

Georgetown respectfully requests that the Court dismiss Plaintiff's Amended Complaint.

[1] Charlap named "Georgetown University Law Center" as the Defendant in this action. Defendant's legal name is "Georgetown University."

**GEORGETOWN UNIVERSITY**
*By Counsel*

*/s/ John E. Thomas, Jr.*
John E. Thomas, Jr. (DC Bar No. 1049100)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215
Tel: (703) 712-5000
Fax: (703) 712-5050
jethomas@mcguirewoods.com

Brandon K. Wharton (DC Bar No. 90022982)
**McGuireWoods LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
Tel: (410) 659-4400
Fax: (410) 659-4599
bwharton@mcguirewoods.com

Sarah K. Wake (*pro hac vice* forthcoming)
**McGuireWoods LLP**
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Tel: (312) 849-8238
Fax: (312) 698-4538
swake@mcguirewoods.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify I filed the foregoing on August 14, 2026, via CM/ECF system and, per agreement with Plaintiff, served a copy via electronic mail on:

Uriel Charlap
10937 Pebble Run Drive
Silver Spring, Maryland 20902
(301) 814-7374
urielc88@gmail.com
*Pro Se Plaintiff*

*/s/ John E. Thomas, Jr.*

John E. Thomas, Jr. (DC Bar No. 1049100)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215
Tel: (703) 712-5000
Fax: (703) 712-5050
jethomas@mcguirewoods.com