**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| URIEL CHARLAP,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY<br>LAW CENTER,<br><br>*Defendant*. | Civil Action No. 1:26-cv-2800-SLS |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion to Dismiss the Amended Complaint ("Motion to Dismiss") filed by Defendant Georgetown University, any opposition and reply thereto, and there being good cause shown, it is hereby:

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint and this case is hereby dismissed with prejudice.

Date

Sparkle L. Sooknanan
United States District Judge

**LOC. CIV. R. 7(k) LIST OF INDIVIDUALS TO BE NOTIFIED**
**OF THE ENTRY OF THIS ORDER**

***Pro Se Plaintiff:***

Uriel Charlap
10937 Pebble Run Drive
Silver Spring, Maryland 20902
(301) 814-7374
urielc88@gmail.com

***Counsel for Defendant Georgetown University:***

John E. Thomas, Jr. (DC Bar No. 1049100)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215
Tel: (703) 712-5000
jethomas@mcguirewoods.com

Brandon K. Wharton (DC Bar No. 90022982)
**McGuireWoods LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
Tel: (410) 659-4400
bwharton@mcguirewoods.com

Sarah K. Wake (*pro hac vice* forthcoming)
**McGuireWoods LLP**
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Tel: (312) 849-8238
swake@mcguirewoods.com